No. 96–5728. TURENTINE v. MILLER, SUPERINTENDENT, CORRECTIONAL INDUSTRIAL COMPLEX, PENDLETON, INDIANA. C. A. 7th Cir. Certiorari denied.

No. 96–5732. MITCHELL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–5734. FORD v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–5739. HAMMONS v. PRESTO ROOFING CO., INC. Sup. Ct. Mo. Certiorari denied.

No. 96–5750. CHAMBERS v. HALFORD, DIRECTOR, IOWA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 96–5757. CITIZEN v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5760. WAINWRIGHT v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 96–5766. WUORNOS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–5780. LU v. TURK ET AL. App. Ct. Mass. Certiorari denied.

No. 96–5781. LABICKAS v. ARKANSAS STATE UNIVERSITY ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–5782. KULICK v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 96–5783. MONTANEZ v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5784. LOGAN v. BEAM, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5797. DOMINGUES v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–5800. RHOTON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.